# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| vs. | : | |
| | : | NO. 06-315-01 |
| RONALD HARMON | : | |

## O R D E R

**AND NOW**, this 13th day of November, 2009, upon consideration of the Petition for Relief From Judgment Pursuant to 18 [28] U.S.C. § 2255 and Supporting Legal Memorandum (Document No. 49, filed July 24, 2009), the Government's Response to Defendant's *Pro-Se* Petition for Relief Under 28 U.S.C. § 2255 (Document No. 53, filed August 27, 2009), petitioner's Reply to Government's Response to § 2255 Motion (Document No. 56, filed October 7, 2009), and the Government's Sur-Response to Defendant's Reply Brief Under 18 U.S.C. § 2255 (Document No. 59, filed November 12, 2009), for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED** that the the Petition for Relief From Judgment Pursuant to 18 [28] U.S.C. § 2255 filed by Ronald Harmon is **DENIED**.

A certificate of appealability will not issue because reasonable jurists would not debate whether the petition states a valid claim of the denial of a constitutional right or this Court's procedural rulings with respect to petitioner's claims. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 484 (2000).

**BY THE COURT:**

　　/s/ Hon. Jan E. DuBois　　
　　**JAN E. DUBOIS, J**